JOHN W. HUBER, United States Attorney (#633)
AARON B. CLARK, Assistant United States Attorney (#15404)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: aaron.clark@usdoj.gov

FILED
U.S. DISTRICT COURT

2019 JUL -2 A 9: 04

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ADAM HEMMELGARN, Defendant. | Case No. 1:18-CR0069- RJS<br><br>SECOND SUPERSEDING INFORMATION<br><br>Title 21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances |

The United States Attorney charges:

### COUNT I
21 U.S.C. § 846
(Conspiracy to Distribute Controlled Substances)

Beginning at a date unknown and continuing up to and including March 12, 2018, in the Northern Division of the District of Utah, and elsewhere,

ADAM HEMMELGARN,

defendant herein, did knowingly and intentionally conspire with each other and with others known and unknown to distribute controlled substances, in violation of 21 U.S.C. § 846.

1

Furthermore, the conspiracy, in fact, involved cyclopropyl fentanyl, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 846, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

JOHN W. HUBER
United States Attorney

_/s/ Aaron B. Clark_
AARON B. CLARK
Assistant United States Attorney

2